# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132884

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH MAURICE COLLINS,
      Defendant-Appellant.

SC: 132884
COA: 265464
Wayne CC: 05-004422-01

_____/

On order of the Court, the application for leave to appeal the November 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

p0416

Clerk